United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-10074-pmm

TMT GROUP, INC.                                                             Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + TMT GROUP, INC., 1021 Mill Creek Drive, Suite 2, Feasterville, PA 19053-7326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DAMIEN NICHOLAS TANCREDI | on behalf of Capital Premium Financing  LLC damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com |
| DEIRDRE M. RICHARDS | on behalf of Creditor Love's Solutions LLC dba St. John Capital LLC dmr@elliottgreenleaf.com |
| Derek Michael Osei-Bonsu | on behalf of Creditor BMO BANK N.A. dosei-bonsu@reedsmith.com |
| GARY DAVID BRESSLER | on behalf of Creditor Volvo Financial Services  a division of VFS US LLC gbressler@mdmc-law.com, hryan@mdmc-law.com |
| JAMES T. DIMARCO | |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: May 12, 2026                           Form ID: pdf900                                Total Noticed: 1

                                                     on behalf of Creditor Volvo Financial Services  a division of VFS US LLC jdimarco@mdmc-law.com, vpickel@mdmc-law.com

LYNN E. FELDMAN
                                                     trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MAGGIE S SOBOLESKI
                                                     on behalf of Debtor TMT GROUP  INC. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

RACHEL WOLF
                                                     on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

Richard E Furtek
                                                     on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
                                                     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN**
**FOR** THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

TMT GROUP, INC.,

Debtor.

**Chapter 11**

**Case No. 26-10074-pmm**

### ORDER

Upon consideration of the First Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of January 8, 2026 through April 22, 2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $9,920.00 and reimbursement of actual expenses in the amount of $49.00 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date:   5/12/26

_____ _Patricia M. Mayer_ _____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge