**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :      **Chapter 7**

**TMT GROUP, INC.**                                 :

              **Debtor.**       :      **Case No. 26-10074 (PMM)**

## ORDER

    **AND NOW**, upon consideration of the Application for Compensation filed by Love's

Solutions LLC dba St. John Capital LLC (doc. #129, the "Application");

    AND the nature of and legal basis for the compensation sought in the Application being

unclear;

    It is hereby **ordered** that:

1)    A hearing with regard to the Application will be held on **Wednesday, June 10,**

       **2026 at 9:30 a.m.** in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market

       Street, 2d Floor, Philadelphia, PA 19107; and

2)    Counsel for the movant, counsel for the former chapter 11 Debtor, and counsel for

       the chapter 7 trustee **shall appear** at the hearing.

Dated: 5/29/26

                        _Patricia M. Mayer_

                        _____

                        Hon. Patricia M. Mayer
                        United States Bankruptcy Judge