United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
TMT GROUP, INC.  
　　　Debtor

Case No. 26-10074-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+ 　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TMT GROUP, INC., 1021 Mill Creek Drive, Suite 2, Feasterville, PA 19053-7326 |
| 15093328 | + | Love's Solutions LLC dba St. John Capital LLC., Deirdre M. Richards, Esquire, Elliott Greenleaf, P.C., 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026　　　　　　　　　Signature:　　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DAMIEN NICHOLAS TANCREDI | on behalf of Capital Premium Financing  LLC damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com |
| DEIRDRE M. RICHARDS | on behalf of Creditor Love's Solutions LLC dba St. John Capital LLC dmr@elliottgreenleaf.com |
| Derek Michael Osei-Bonsu | on behalf of Creditor BMO BANK N.A. dosei-bonsu@reedsmith.com |
| GARY DAVID BRESSLER | on behalf of Creditor Volvo Financial Services  a division of VFS US LLC gbressler@mdmc-law.com, hryan@mdmc-law.com |

District/off: 0313-2                           User: admin                                          Page 2 of 2
Date Rcvd: May 29, 2026                        Form ID: pdf900                                       Total Noticed: 2

JAMES T. DIMARCO

    on behalf of Creditor Volvo Financial Services  a division of VFS US LLC jdimarco@mdmc-law.com, vpickel@mdmc-law.com

LYNN E. FELDMAN

    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MAGGIE S SOBOLESKI

    on behalf of Debtor TMT GROUP  INC. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

RACHEL WOLF

    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

Richard E Furtek

    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| **TMT GROUP, INC.** | : | |
| Debtor. | : | **Case No. 26-10074 (PMM)** |

_____

## ORDER

      **AND NOW**, upon consideration of the Application for Compensation filed by Love's

Solutions LLC dba St. John Capital LLC (doc. #129, the "Application");

      AND the nature of and legal basis for the compensation sought in the Application being

unclear;

      It is hereby **ordered** that:

1)     A hearing with regard to the Application will be held on **Wednesday, June 10,**

       **2026 at 9:30 a.m.** in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market

       Street, 2d Floor, Philadelphia, PA 19107; and

2)     Counsel for the movant, counsel for the former chapter 11 Debtor, and counsel for

       the chapter 7 trustee **shall appear** at the hearing.

Dated: 5/29/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge