**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| TMT GROUP INC., | Case No. 26-10074 |
| Debtor. | |

**ORDER**

Upon consideration of the Application by Love's Solutions, LLC doing business as Saint John Capital ("Saint John") for approval, compensation, and reimbursement of legal expenses it incurred in the Chapter 11 case, from January 13, 2026 to April 22, 2026, for the services of its *pro hac vice* counsel, Levinson Arshonsky Kurtz & Komsky, LLP, and its local counsel, Elliott Greenleaf & Dean, P.C., including $52,618.31 in fees and $241.25 in costs for a total of $52,859.56, pursuant to Fed. R. Bankr. P. 2016(a) and L.B.R. 2016-1 and 2016-2 and pursuant to the *Final Order Pursuant to Sections 363 and 364(c) of the Bankruptcy Code (I) Authorizing Debtor to Obtain Postpetition Financing and (II) Granting Related Relief* [Doc. 59] [Doc. 129] (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Saint John shall be allowed for $52,618.31 in attorneys' fees incurred and for reimbursement of $241.25 in costs incurred.

_____
Hon. Patricia M.  Mayer
United States Bankruptcy Judge

**Date: June 10, 2026**