United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
TMT GROUP, INC.
     Debtor

Case No. 26-10074-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + TMT GROUP, INC., 1021 Mill Creek Drive, Suite 2, Feasterville, PA 19053-7326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DAMIEN NICHOLAS TANCREDI | on behalf of Capital Premium Financing  LLC damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com |
| DEIRDRE M. RICHARDS | on behalf of Creditor Love's Solutions LLC dba St. John Capital LLC dmr@elliottgreenleaf.com |
| Derek Michael Osei-Bonsu | on behalf of Creditor BMO BANK N.A. dosei-bonsu@reedsmith.com |
| GARY DAVID BRESSLER | on behalf of Creditor Volvo Financial Services  a division of VFS US LLC gbressler@mdmc-law.com, hryan@mdmc-law.com |
| JAMES T. DIMARCO | |

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jun 10, 2026                          Form ID: pdf900                          Total Noticed: 1

on behalf of Creditor Volvo Financial Services  a division of VFS US LLC jdimarco@mdmc-law.com, vpickel@mdmc-law.com

LYNN E. FELDMAN

trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MAGGIE S SOBOLESKI

on behalf of Debtor TMT GROUP  INC. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

Richard E Furtek

on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TMT GROUP INC.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 26-10074 |

### ORDER

Upon consideration of the Application by Love's Solutions, LLC doing business as Saint John Capital ("Saint John") for approval, compensation, and reimbursement of legal expenses it incurred in the Chapter 11 case, from January 13, 2026 to April 22, 2026, for the services of its *pro hac vice* counsel, Levinson Arshonsky Kurtz & Komsky, LLP, and its local counsel, Elliott Greenleaf & Dean, P.C., including $52,618.31 in fees and $241.25 in costs for a total of $52,859.56, pursuant to Fed. R. Bankr. P. 2016(a) and L.B.R. 2016-1 and 2016-2 and pursuant to the *Final Order Pursuant to Sections 363 and 364(c) of the Bankruptcy Code (I) Authorizing Debtor to Obtain Postpetition Financing and (II) Granting Related Relief* [Doc. 59] [Doc. 129] (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Saint John shall be allowed for $52,618.31 in attorneys' fees incurred and for reimbursement of $241.25 in costs incurred.

_____

    Hon. Patricia M.  Mayer
    United States Bankruptcy Judge

**Date: June 10, 2026**