**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | )    **Chapter 11** |
| **TMT Group, Inc.,** | ) |
| | ) |
| | )    **Case No. 26-10074-pmm** |
| **Debtor.** | |

**CHAPTER 11 SUBCHAPTER V TRUSTEE REPORT OF
NO DISTRIBUTION**

I, **Richard E. Furtek, CPA**, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: **$0.00**. The case was **converted on April 23,2026** with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on **May 12, 2026,** the Court ordered compensation of **$9,969.00** be awarded to the trustee. These funds were paid by the debtor to the trustee on **May 27, 2026**. I hereby certify that the estate of the above-named debtor has been  fully administered through the date of **conversion**.  I request that I be discharged from any further duties as trustee.

FURTEK & ASSOCIATES, LLC

Dated: 6/24/2026

By:    */s/ Richard E. Furtek*
        *Subchapter V Trustee*

Richard E. Furtek, CPA
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-NDR B