**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA -**
**Philadelphia**

**RE:** **TMT GROUP INC**                                                                    :

                                                                            :  Bankruptcy Number: 26-10074-PMM
                                                                            :
                                                                            :
**Debtor**                                                                    :  Chapter:   7
                                                                            :
                                                                            :
                                                                            :
                                                                            :
                                                                            :
                                                                            :

### REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Linda Mitten, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

   Dated: 07/07/2026

                                        By: _____/S/   Linda Mitten_____
                                                Linda Mitten
                                                Commonwealth of Pennsylvania
                                                Department of Labor and Industry
                                                Collections Support Unit
                                                PO Box 68568
                                                Harrisburg, PA 17106-8568
                                                Telephone: (717) 775-8080
                                                Fax: (717) 787-7671
                                                Email: ra-li-beto-bankreading@pa.gov

UC-666 REV 09-25 (Page 1)