**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>TMT GROUP INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-10074 |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Gary D. Bressler, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP as counsel for Volvo Financial Services, a division of VFS US LLC.

**PLEASE TAKE FURTHER NOTICE** that Volvo Financial Services, a division of VFS US LLC will also continue to be represented by James DiMarco, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP.

<div style="margin-left:50%">

**McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**

</div>

Dated: July 13, 2026

<div style="margin-left:50%">

/s/ *Gary D. Bressler*
Gary D. Bressler, Esq. (No. 35224)
1617 John F. Kennedy Blvd Suite 1500
Philadelphia, PA 19103
Phone: (215) 557-2900
Fax: (302) 654-4031
E-mail: gbressler@mdmc-law.com

*Attorney for Volvo Financial Services, a division of VFS US LLC*

</div>