United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-10074-pmm
TMT GROUP, INC. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 18, 2026 Form ID: 195 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | TMT GROUP, INC., 1021 Mill Creek Drive, Suite 2, Feasterville, PA 19053-7326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| CSU - OUCTS, PA Labor & Industry | ra-li-beto-bankreading@state.pa.us |
| DAMIEN NICHOLAS TANCREDI | on behalf of Capital Premium Financing LLC damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com |
| DEIRDRE M. RICHARDS | on behalf of Creditor Love's Solutions LLC dba St. John Capital LLC dmr@elliottgreenleaf.com |
| Derek Michael Osei-Bonsu | on behalf of Creditor BMO BANK N.A. dosei-bonsu@reedsmith.com |

| | |
|---|---|
| JAMES T. DIMARCO | on behalf of Creditor Volvo Financial Services a division of VFS US LLC jdimarco@mdmc-law.com, vpickel@mdmc-law.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor TMT GROUP INC. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| RACHEL WOLF | on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov |
| Richard E Furtek | on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re: : Chapter 7

TMT GROUP, INC. : Case No. 26−10074−pmm
Debtor(s)

***ORDER***

AND NOW, this day , August 18, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court